# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

October 21, 2010

BEFORE:     FRANK H. EASTERBROOK, Chief Judge
            JOEL M. FLAUM, Circuit Judge
            MICHAEL S. KANNE, Circuit Judge

|  | UNITED STATES OF AMERICA, Plaintiff - Appellee |
| --- | --- |
| No.: 10-1458 | v. |
|  | SASHA M. DENNIS, Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 3:04-cr-00112-bbc-2 Western District of Wisconsin District Judge Barbara B. Crabb | |

The appeal is **DISMISSED** in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment** (form ID: **132**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

October 21, 2010

BEFORE:     FRANK H. EASTERBROOK, Chief Judge
            JOEL M. FLAUM, Circuit Judge
            MICHAEL S. KANNE, Circuit Judge

|  | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee |
|---|---|
| No.: 10-1458 | v. |
|  | SASHA M. DENNIS,<br>Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 3:04-cr-00112-bbc-2<br>Western District of Wisconsin<br>District Judge Barbara B. Crabb |

The appeal is **DISMISSED** in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment** (form ID: **132**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## FINAL JUDGMENT

October 21, 2010

BEFORE:    FRANK H. EASTERBROOK, Chief Judge
JOEL M. FLAUM, Circuit Judge
MICHAEL S. KANNE, Circuit Judge

| | |
|---|---|
| No.: 10-1458 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>SASHA M. DENNIS,<br>Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 3:04-cr-00112-bbc-2<br>Western District of Wisconsin<br>District Judge Barbara B. Crabb | |

The appeal is **DISMISSED** in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment** (form ID: **132**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

October 21, 2010

BEFORE:       FRANK H. EASTERBROOK, Chief Judge
JOEL M. FLAUM, Circuit Judge
MICHAEL S. KANNE, Circuit Judge

| | |
|---|---|
| No.: 10-1458 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>SASHA M. DENNIS,<br>Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 3:04-cr-00112-bbc-2<br>Western District of Wisconsin<br>District Judge Barbara B. Crabb | |

The appeal is **DISMISSED** in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment** (form ID: **132**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

October 21, 2010

BEFORE:        FRANK H. EASTERBROOK, Chief Judge
               JOEL M. FLAUM, Circuit Judge
               MICHAEL S. KANNE, Circuit Judge

|  | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee |
|---|---|
| No.: 10-1458 | v. |
|  | SASHA M. DENNIS,<br>Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 3:04-cr-00112-bbc-2<br>Western District of Wisconsin<br>District Judge Barbara B. Crabb | |

The appeal is **DISMISSED** in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment** (form ID: **132**)